|                          |     |                                  |
|--------------------------|-----|----------------------------------|
|                          |  *  |  IN THE                          |
| ATTORNEY GRIEVANCE       |  *  |                                  |
| COMMISSION               |     |  SUPREME COURT                   |
|                          |  *  |                                  |
|                          |     |  OF MARYLAND                     |
|     v.                   |  *  |                                  |
|                          |     |  AG Docket No.22                 |
| KATHLEEN ANNE DOLAN      |  *  |  September Term, 2022            |
|                          |     |                                  |
|                          |  *  |                                  |

## O R D E R

In November 2022, the Court suspended Kathleen Anne Dolan from the practice of law for a period of nine months. In December 2022, the Court denied her motion for reconsideration. In March 2023, Ms. Dolan filed a motion requesting the modification of her suspension. The Attorney Grievance Commission did not file a response to the motion. Upon consideration of Ms. Dolan's Motion for Modification of Suspension, and pursuant to Rules 19-741(h) and 19-740(c)(2)(B), it is this 21st day of April 2023, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the Verified Motion for Modification of Suspension is GRANTED; and it is further

ORDERED that the remainder of Ms. Dolan's suspension from the practice of law is stayed and she is placed on probation for the balance of the time left on her suspension, subject to the condition that Ms. Dolan comply with the Maryland Attorneys' Rules of Professional Conduct.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



    /s/ Matthew J. Fader
         Chief Justice

Gregory Hilton, Clerk